RODGERS *v.* TURPIN *et al.*

SIMMONS, C. J. No error of law was committed, the evidence authorized the verdict, and the record discloses that due diligence was not shown with regard to the "newly discovered" evidence. The court, therefore, did not err in refusing a new trial. *Judgment affirmed.* All the Justices concur.

Argued October 9,—Decided October 30, 1903.

Equitable petition. Before Judge Felton. Bibb superior court, March 31, 1903.

*M. G. Bayne,* for plaintiff. *Hardeman, Davis, Turner & Jones, Bacon, Miller & Brunson,* and *W. C. Nottingham,* for defendants.